*Sergeants Benevolent Association Health & Welfare Fund v. Endo International PLC, et al.*

## Civil Case Cover Sheet
## Attachment A

| | |
|---|---|
| Endo International PLC | First Floor<br>Minerva House<br>Simmonscourt Road<br>Ballsbridge, Dublin 4, Ireland |
| Endo Pharmaceuticals Inc. | 1400 Atwater Dr.<br>Malvern, PA 19355 |
| Par Pharmaceutical, Inc. | 300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 |
| Qualitest Pharmaceuticals, Inc. | 130 Vintage Dr., NE<br>Huntsville, AL 35811 |
| Mylan Inc. | 1000 Mylan Blvd.<br>Canonsburg, PA 15317 |
| Mylan Pharmaceuticals Inc. | 781 Chestnut Ridge Rd.<br>Morgantown, WV 26505 |
| Sandoz, Inc. | 100 College Rd W<br>Princeton, NJ 08540 |
| Accord Healthcare, Inc. | 1009 Slater Rd., Ste. 210B<br>Durham, NC 27703-8446 |