# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., QUALITEST PHARMACEUTICALS, INC., MYLAN INC., MYLAN PHARMACEUTICALS INC. SANDOZ, INC., AND ACCORD HEALTHCARE, INC.<br><br>    Defendants. | Case No. 1:17-cv-02355 _____<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Sergeants Benevolent Association Health & Welfare Fund (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly-held:

None.

Dated: March 31, 2017    Respectfully Submitted

               **SAFIRSTEIN METCALF LLP**

               By:  /s/ *Peter Safirstein*

               Peter Safirstein
               1250 Broadway, 27th Floor
               New York, NY 10001
               Telephone: (212) 201-2845

Email: psafirstein@safirsteinmetcalf.com

**GIRARD GIBBS LLP**
Daniel C. Girard (*pro hac* pending)
Dena C. Sharp (*pro hac* pending)
Jordan Elias (*pro hac* pending)
Adam E. Polk (*pro hac* pending)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846
Email: dcg@girardgibbs.com

*Attorneys for Plaintiff*